IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:25mj11-MJF

ZACHARY BRANDON BARFIELD
_____/

STATEMENT OF FACTS

1. The United States and the defendant, ZACHARY BRANDON BARFIELD, agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

2. At all times relevant, Barfield was employed as a fishing vessel captain and operated fishing vessels out of Panama City, Florida.

3. Barfield captained both commercial and recreational charter fishing trips.

4. The bottlenose dolphin (*Tursiops truncates*) was a species of marine mammal that inhabited the Gulf of Mexico, including areas in and around Panama City, Florida.

5. The bottlenose dolphin was protected under the Marine Mammal Protection Act ("MMPA"), meaning that it was unlawful for a person to harass,

1

hunt, capture, or kill, or attempt to harass, hunt, capture or kill a bottlenose dolphin.

6. Barfield was aware of the MMPA's legal protection of dolphins.

7. Methomyl was a registered carbamate insecticide approved only for non-residential use against certain fly species. Methomyl carried a prominent warning label stating that it was illegal to use with the intention to kill any other non-target species.

8. Barfield was aware of the methomyl product warning label and the impacts of methomyl on mammals.

9. In the summer of 2022, Barfield became frustrated with the fact that bottlenose dolphins were eating red snapper from his clients' lines during charter fishing trips.

10. In order to deter the dolphins, Barfield purchased granulated Golden Malrin brand methomyl insecticide. He placed the pesticide in paper towels and put the pesticide-filled paper towels inside of baitfish.

11. Between June 2022 and August 2022, while on charter fishing trips in the Northern District of Florida, Barfield would himself, and would direct others, to feed the pesticide-laced baitfish to dolphins when the dolphins surfaced near Barfield's vessel.

12. On or about December 7, 2022, Barfield was captaining a vessel engaged in commercial fishing for red snapper within the Gulf of Mexico, in the Northern District of Florida. Two additional individuals were on board the vessel as mates. During the trip, Barfield noticed dolphins eating red snapper from fishing lines. When a dolphin surfaced near the vessel, Barfield opened the window and shot and killed the dolphin with a 12-gauge Remington Wingmaster model 870 shotgun.

13. In or about mid-August, 2023, Barfield captained a charter fishing trip in the Gulf of Mexico. During the trip, Barfield witnessed a dolphin in the vicinity of the vessel. Barfield shot at the dolphin two times using the same Remington Wingmaster Model 870 shotgun.

14. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

15. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

## ELEMENTS

### Count 1 and Count 2: Take of a Marine Mammal

    (1) Defendant did knowingly take (kill or attempt to kill) a marine mammal, and

    (2) At the time, defendant was in waters under the jurisdiction of the United States.

### Count 3: Prohibited Use of a Registered Pesticide

    (1) Defendant did knowingly use a registered pesticide, that is, a pesticide containing methomyl,

    (2) In a manner inconsistent with its EPA approved label.

LISA RUSSELL
Deputy Assistant Attorney General
Environment & Natural Resources Div.

_____
PATRICK M. DUGGAN
Senior Trial Attorney
Environmental Crimes Section
U.S. Dept. of Justice
(202) 305-0366

JASON R. COODY
United States Attorney

_____
JOSEPH A. RAVELO
Assistant United States Attorney
FL Bar No. 0098082
111 North Adams Street, 4th Floor
Tallahassee, Florida 32301-7730
(850) 942-8430 (Telephone)

After consulting with my attorney and pursuant to the plea agreement entered I hereby stipulate that the above Statement of Facts is true and accurate, and that had

4

the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____    2-12-25
Zachary Brandon Barfield             Date
Defendant

I have carefully reviewed the above Statement of Facts with my client. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____    2/12/25
Nathan Prince, Esq.                  Date
Attorney for Defendant

5